[No. 60968-8-I.  Division One.  February 2, 2009.]

ANNA MARIE NERBOVIG, *Appellant*, v. HACKEY MASAO CHOI
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-25657-1, Bruce Heller, J., entered November 9, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 61046-5-I.  Division One.  February 2, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES CHARLES
NASH, *Defendant*, TIMOTHY LAMONT MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-04247-1, Cheryl B. Carey, J., entered December 12, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 61069-4-I.  Division One.  February 2, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. RIGOBERTO
VENTURA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-04684-1, Anthony P. Wartnik, J. Pro. Tem., entered December 19, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 61098-8-I.  Division One.  February 2, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. G.M.N.,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-8-00427-2, Philip G. Hubbard, Jr., J., entered December 21, 2007. *Affirmed* by unpublished opinion per Dwyer, A.C.J., concurred in by Becker and Appelwick, JJ.